UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20172-CIV-SCOLA

VANESSA CABRERA,

    Plaintiff,

v.

PROGRESSIVE BEHAVIORAL SCIENCE, INC., and MARIA ARIZMENDI, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF SETTLEMENT

    Defendants, Progressive Behavioral Science, Inc. and Maria Arizmendi (hereinafter referred to as "Defendants", unless specifically referred to), file this Notice of Settlement, and state:

    The parties have settled this case, and are finalizing the closing papers.

                                                 Glasser & Kleppin, P.A.
                                                 Attorneys for Plaintiff
                                                 8751 W. Broward Blvd.
                                                 Suite 105
                                                 Plantation, FL 33324
                                                 Tel. (954) 424-1933
                                                 Fax (954) 474-7405
                                                 E-mail: ckleppin@gkemploymentlaw.com

                                                  By \_\_s/Chris Kleppin_____
                                                        Chris Kleppin
                                                        Fla. Bar No. 625485

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record (Brody Shulman, Esq.) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By___s/Chris Kleppin_____
                                                       Chris Kleppin
                                                       Fla. Bar No. 625485

C:/MyDocuments/Progressive/DefNoticeofSettlement08/05/19