UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20172-CIV-SCOLA

VANESSA CABRERA,

    Plaintiff,

v.

PROGRESSIVE BEHAVIORAL SCIENCE, INC.,
and MARIA ARIZMENDI, individually,

    Defendants,
_____/

**JOINT MOTION FOR FAIRNESS HEARING**

Vanessa Cabrera ("Plaintiff") and Defendants, Progressive Behavioral Science, Inc. and Maria Arizmendi (hereinafter referred to as "Defendants") (collectively referred to as the "Parties"), hereby file their Joint Motion for Fairness Hearing, and respectfully state as follows:

1. This case involves a dispute over alleged unpaid wages pursuant to the Fair Labor Standards Act (FLSA).

2. The original Complaint in this matter was filed in state court before it was removed by Defendants to federal court on January 14, 2019. *See* [DE 1].

3. This case was heavily litigated in this forum.

4. By way of example, this case involved three different motions to dismiss. See [DE 9, 22, &39].

5. The parties also fully briefed a Motion to Stay Discovery. See [DE 38, 40, 41, & 46].

6. The parties also fully briefed a Motion for Sanctions. See [DE 47, 58, 59, & 63].

7. The parties engaged in written discovery.

8. Both liability and damages were highly contested by Defendants.

1

9. After carefully reviewing the necessary case documents, the parties were able to determine the full scope of potential damages, assuming that Defendants' liability defense was unsuccessful (which Defendants believe would not have been the case).

10. The scope of potential damages was significantly less than that originally estimated by Plaintiff.

11. The limited nature of potential damages facilitated an ultimate agreement as to the amounts to be paid to Plaintiff only.

12. The parties agreed to submit the issue of fees and costs to this Court.

13. Accordingly, the Parties' filed a Notice of Settlement with this court on August 6, 2019.

14. After filing the Notice of Settlement, however, the parties had a significant disagreement as to the structure and wording of the settlement agreement.

15. Rather than filing a motion to enforce the settlement with the court, the parties continuously worked on trying to resolve their differences.

16. This process took several months.

17. A signed settlement agreement was not entered into by the parties until December 31, 2019.

18. Thereafter, the parties discussed the possibility of resolving the pending attorneys' fees and costs dispute.

19. The parties ultimately agreed to resolve the fees and costs issue on January 29, 2020.

20. The settlement agreement was updated to note that the issue of fees and costs had been resolved. The final settlement agreement was fully executed on February 11, 2020.

21. At this juncture, the parties' respectfully request a fairness hearing before Magistrate Judge Torres to facilitate Court approval of the settlement and dismissal of this Case.

Dated: February 11, 2020

| | |
|---|---|
| Perera Barnhart | Glasser & Kleppin, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 12555 Orange Drive | 8751 W. Broward Blvd. |
| Second Floor | Suite 105 |
| Davie, FL 33330 | Plantation, FL 33324 |
| Tel. (786) 485-5232 | Tel. (954) 424-1933 |
| Fax (786) 485-5233 | Fax (954) 474-7405 |
| | |
| By:   s/Brody Shulman_____ | By:   s/Chris Kleppin_____ |
|        Brody Shulman |        Chris Kleppin |
|        Florida Bar No. 092044 |        Florida Bar No. 625485 |