United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Vanessa Cabrera, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-20172-Civ-Scola |
| | ) |
| Progressive Behavioral Science, Inc. | ) |
| and Maria Arizmendi, Defendants. | ) |

**Order Administratively Closing Case Upon Notice Of Settlement**

    The parties have settled this FLSA action. (ECF No. 65.) By **February 19, 2020**, the Plaintiff must submit a copy of the settlement agreement for the Court's approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought under the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness). The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's attorney, and a statement as to whether the amount of attorney's fees were negotiated separately from any settlement payment to the Plaintiff.

    The parties have moved for a fairness hearing before Judge Torres to evaluate the settlement agreement. It is this Court's practice that the settlement agreement must be filed with the Court as part of the record in this action. If the parties believe the settlement agreement contains sensitive information they may request that it be filed under seal, consistent with the Court's general policy and procedures regarding sealed filings. *See* S.D. Fla. L.R. 5.4 ("A party seeking to make a filing under seal in a civil case shall . . . file a motion to seal that sets forth the factual and legal basis for departing from the policy that Court filings be public."); *see generally Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case.").

    In addition to submitting the settlement agreement for the Court's approval, the Plaintiff must also file either: (1) a notice of dismissal, consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i); or (2) a stipulation of dismissal, under Rule 41(a)(1)(A)(ii). The Plaintiff must file the notice of dismissal or stipulation of dismissal contemporaneously with the settlement agreement.

    The Court **denies** the parties' motion for a fairness hearing without prejudice. (**ECF No. 65**.)

    The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on February 12, 2020.

_____
Robert N. Scola, Jr.
United States District Judge