UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-20172-Civ-Scola/Torres

**VANESSA CABRERA**,

    Plaintiff,

vs.

**PROGRESSIVE BEHAVIORAL SCIENCE, INC.,** and
**MARIA ARIZMENDI**, individually,

    Defendants.
_____/

## **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, the Honorable Magistrate Judge Edwin G. Torres, to conduct any and all further proceedings in the case. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Respectfully submitted on February 17, 2020.

| | |
|---|---|
| **PERERA BARNHART ALEMAN** | **Glasser & Kleppin, P.A.** |
| 12555 Orange Drive | 8751 W. Broward Blvd., Suite 105 |
| Second Floor | Plantation, FL 33324 |
| Davie, FL, 33330 | Tel. (954) 424-1933 |
| Telephone: 786-485-5232 | Fax (954) 474-7405 |
| | |
| J. Freddy Perera, Esq. | Chris Kleppin, Esq. |
| Florida Bar No. 93625 | Fla. Bar No. 625485 |
| freddy@pba-law.com | ckleppin@gkemploymentlaw.com |
| Valerie Barnhart, Esq. | Chelsea A. Lewis, Esq. |
| Florida Bar No. 88549 | Fla. Bar No. 111607 |
| valerie@pba-law.com | clewis@gkemploymentlaw.com |
| Brody M. Shulman, Esq. | |
| Florida Bar No. 92044 | |
| brody@pba-law.com | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

                              By:  **/s/ *Brody M. Shulman*** _____
                                      Brody M. Shulman, Esq.
                                        Florida Bar No. 92044